IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| | ) Criminal No. 04-4 Erie |
| v. | ) |
| | ) |
| ANTONIO M. TIRADO | ) |

**O R D E R**

AND NOW, *to wit*, this 12th day of July, 2005, the above-captioned matter having been remanded for resentencing in accordance with United States v. Booker, 125 S. Ct. 738 (2005),

**IT IS HEREBY ORDERED** that the Defendant's **Resentencing** will be held on **Tuesday, September 13, 2005, at 10:00 a.m. in Courtroom C**, United States Courthouse, 17 South Park Row, Erie, Pennsylvania.

                                                                                         s/ Sean J. McLaughlin
                                                                                         United States District Judge

cm:      Marshall J. Piccinini, AUSA
            Thomas W. Patton, AFPD
            U.S. Probation Department
            U.S. Marshal Service