IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 04-4 Erie |
| ) | |
| ANTONIO M. TIRADO ) | |

**APPLICATION AND ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

The undersigned Assistant United States Attorney hereby applies to the Court for the issuance of a writ of habeas corpus ad prosequendum, and avers:

1. Name of Detainee: Antonio M. Tirado, Inmate Number FR4910, Year of Birth: 1977, Caucasian, Male.

2. Detained by: Greene State Correctional Institution, 169 Progress Drive, Waynesburg, Pennsylvania 15370.

3. Detainee has been sentenced in this district for violation of Title 18, United States Code, Section 922(g)(1), and is presently in state custody at the Greene State Correctional Institution, Waynesburg, Pennsylvania.

4. The above case is set for Re-Sentencing at Erie, Pennsylvania on September 13, 2005, at 10:00 a.m., and it shall therefore be necessary for detainee to be present in Court at that time.

5. The Warden of the Greene State Correctional Institution, Waynesburg, Pennsylvania, has no objection to the granting of this petition.

    s/Marshall J. Piccinini
    MARSHALL J. PICCININI
    Assistant U.S. Attorney
    PA ID No. 56362

ORDER

The above Application is granted and the above-named custodian, as well as the United States Marshal for this district, are hereby ORDERED to produce the named detainee on the date and at the time recited above, and, when detainee shall no longer be needed before the Court, detainee shall be returned to the above-named custodian.

_____   _____
DATE                     UNITED STATES DISTRICT JUDGE

cc: United States Attorney