MAR 2 1 2005

PENNSYLVANIA STATE POLICE
BUREAU OF FORENSICS AND CRIMINAL IDENTIFICATION
FORENSIC SERVICES OFFICE
ERIE REGIONAL LABORATORY
4310 Iroquois Avenue
Erie, PA 16511-2196

DISC:

TELEPHONE (814) 899-8447

LAB REPORT: E98-3228-R
REPORT DATE: January 30, 1999

INCIDENT NO: 98-45989 (23136)

CASE: CONTROLLED SUBSTANCE DRUG DEVICE AND COSMETIC ACT
VICTIM: Commonwealth of Pennsylvania
ACCUSED:
SUSPECT: Antonio TIRADO
PLACE: Erie, Erie County, Pennsylvania
DATE: December 24, 1998

FROM: Erie Police Department, Erie, Pennsylvania
DATE: December 28, 1998

ITEM: ... bag containing seven (7) individual bags of plant ...

RESULTS: 1. The plant material in Item #1 weighed two and eight tenths (2.8) grams and contained Marihuana. (Schedule I)

DISPOSITION: EVIDENCE RETURNED TO DETECTIVE F. BUGAJ, ON JANUARY 19, 1999.

JOHN A. KELTON
FORENSIC SCIENTIST II

djd

COPIES: Chief, Erie Police Department
ATTN: Officer WISNIEWSKI