OFFICE OF THE CLERK

| | | |
|---|---|---|
| **MARCIA M. WALDRON**<br>**CLERK** | UNITED STATES COURT OF APPEALS<br>FOR THE THIRD CIRCUIT<br>21400 UNITED STATES COURTHOUSE<br>601 MARKET STREET<br>PHILADELPHIA 19106-1790<br>Website: http://www.ca3.uscourts.gov | TELEPHONE<br>267-299-49( ) |

## NOTICE OF DOCKETING OF APPEAL

USA  v. Tirado

No.: 04-cr-00004

Honorable Sean J. McLaughlin

An appeal by **Antonio M. Tirado** was filed in the above-captioned case on **9/29/05**, and docketed in this Court on **9/30/05**, at No. **05-4419**.

Kindly use the Appeals Docket No. **05-4419** when sending documents in this matter to the Court of Appeals or requesting information regarding this case.

All correspondence should be sent to the Case Manager and to the e-mail account **CA03db_WDPA Appeals**.  Please notify Case Manager **Pamela Batts** at pamela_batts@ca3.uscourts.gov of any orders, opinions, etc. filed and scanned after the Notice of Appeal has been forwarded to the Court of Appeals.

**Marcia M. Waldron**
**Clerk**