IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   CRIMINAL NO. 04-4 Erie |
| | ) |
| ANTONIO M. TIRADO,           Defendant. | ) ) |

**AMENDED JUDGEMENT**

AND NOW THIS 8TH day of June, 2006,

IT IS HEREBY ORDERED THAT JUDGMENT entered on September 15, 2005 is amended to reflect that a Special Assessment of $100.00 is due forthwith. All other provisions in the Judgment are to remain in full force and effect.

                                                 s/Sean J. McLaughlin
                                                 Sean J. McLaughlin
                                                 United States District Judge

cc: Counsel of record
     U. S. Probation/Pretrial Service
     U..S. Marshal Service
     Bureau of Prisons