IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

Case No:  05-4419

UNITED STATES OF AMERICA

v.

ANTONIO M. TIRADO,
Appellant

———————————

On Appeal from the United States District Court
for the Western District of Pennsylvania
District Court No.: 04-CR-04E
District Judge: The Honorable Sean J. McLaughlin

———————————

Submitted Pursuant to Third Circuit L.A.R. 34.1(a)
October 24, 2006

Before: SMITH, FISHER, and COWEN, *Circuit Judges*

JUDGMENT

———————————

This cause came on to be heard on the record from the United States District Court for the Western District of Pennsylvania and was submitted on October 24, 2006.  On consideration thereof, it is now ORDERED and ADJUDGED that the judgment of the District Court entered on September 15, 2005, be and the same hereby is AFFIRMED. All of the above in accordance with the opinion of this Court.

ATTEST:

/s/ Marcia M. Waldron

———————————————————
Marcia M. Waldron, Clerk

Dated: October 25, 2006