IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

Case No: 05-4419

UNITED STATES OF AMERICA

v.

ANTONIO M. TIRADO,
Appellant

On Appeal from the United States District Court
for the Western District of Pennsylvania
District Court No.: 04-CR-04E
District Judge: The Honorable Sean J. McLaughlin

Submitted Pursuant to Third Circuit L.A.R. 34.1(a)
October 24, 2006

Before: SMITH, FISHER, and COWEN, *Circuit Judges*

JUDGMENT

This cause came on to be heard on the record from the United States District Court for the Western District of Pennsylvania and was submitted on October 24, 2006. On consideration thereof, it is now ORDERED and ADJUDGED that the judgment of the District Court entered on September 15, 2005, be and the same hereby is AFFIRMED. All of the above in accordance with the opinion of this Court.

ATTEST:

/s/ Marcia M. Waldron
_____
Marcia M. Waldron, Clerk

Dated: October 25, 2006

Certified as a true copy and issued in lieu
of a formal mandate on 11/24/06

*Marcia M. Waldron*

Marcia M. Waldron, Clerk
Teste:
Clerk, U.S. Court of Appeals for the Third Circuit