OFFICE OF THE CLERK

## UNITED STATES COURT OF APPEALS

Marcia M. Waldron
Clerk

FOR THE THIRD CIRCUIT
21400 United States Courthouse
601 Market Street
Philadelphia PA 19106-1790

Telephone
267-299-4943

www.ca3.uscourts.gov

November 22, 2006

Mr. Robert V. Barth Jr., Clerk
United States District Court for the Western District of PA
17 South Park Row
Room B-160
Erie, PA  16501

**RE: Docket No. 05-4419**
   **USA  vs. Tirado**
   **No. 04-cr-00004E**

Dear Mr. Barth:

   Enclosed is a certified copy of the judgment together with copy of the opinion in the above-entitled case(s). The certified judgment is issued in lieu of a formal mandate and is to be treated in all respects as a mandate.

   Kindly acknowledge receipt for same on the enclosed copy of this letter.

   Counsel are advised of the issuance of the mandate by copy of this letter.  A copy of the certified judgment is also enclosed showing costs taxed, if any.

                                        Very truly yours,
                                        MARCIA M. WALDRON
                                        Clerk

                                By:     *Pam Batts*
                                        Pam Batts
                                        Case Manager

Enclosure

cc:
      Renee Pietropaolo, Esq.
      Laura S. Irwin, Esq.