IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA          )
                                  )
          v.                      )     Criminal No. 04-04 Erie
                                  )
ANTONIO M. TIRADO                 )

O R D E R

AND NOW, to wit, this _____ day of January, 2007, the Court having considered the motion of the government to destroy a firearm and ammunition, the Court having jurisdiction over the subject matter and being duly advised,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that Special Agents of the Bureau of Alcohol, Tobacco, Firearms, and Explosives shall forthwith destroy the following weapon and ammunition:

(a)  Amadeo Rossi .38 caliber handgun, Model M88, serial number W254626

(b)  Five rounds of 38 caliber ammunition.

_____
UNITED STATES DISTRICT JUDGE

cc:  United States Attorney