

Antonio Tirado, 30189-068
P.O. Box 2000
Harrisburg, PA 17887

Atten: District Clerk
U.S. Post Office and Court House
Seventh and Grant Streets, Rm 829