# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF PENNSYLVANIA

United States of America          )
                                  )
vs.                               )    Criminal Number 04-4E
                                  )
ANTONIO TIRADO                    )

The above named defendant satisfied the judgment of AUGUST 05, 2004 by paying on DECEMBER 07, 2007 the full balance due on his/her court ordered:

__X__ Assessment
_____ Fine
_____ Costs
_____ other

The Court's docket and judgment index should be marked to reflect satisfaction of the judgment.

_____  1-17-2005
Deputy Clerk                Date