IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 04-4 Erie |
| | ) | |
| ANTONIO TIRADO | ) | |

**GOVERNMENT'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANT'S MOTION TO VACATE JUDGMENT**

AND NOW comes the United States of America, by and through its counsel, Mary Beth Buchanan, United States Attorney for the Western District of Pennsylvania, and Marshall J. Piccinini, Assistant United States Attorney for said district, and states as follows:

1. On December 26, 2007, the defendant, Antonio Tirado, acting *pro se*, filed a Motion to Vacate Judgment pursuant to 28 U.S.C. § 2255.

2. On December 26, 2007, this Court issued and Order directing the Government to file its Response on or before January 28, 2008.

3. The Government submits that it will need more time to respond to the defendant's motion.

4. The defendant challenges several aspects of his case including the suppression hearing and trial. Because of the amount of evidence that was presented during the suppression hearing and trial, the Government needs more time to thoroughly review all aspects of the case in order to prepare its response to the

defendant's motion.

    WHEREFORE, the Government respectfully requests an additional 60 days to respond to the defendant's motion to vacate.

                              Respectfully submitted,

                              MARY BETH BUCHANAN
                              United States Attorney

                              /s/ Marshall J. Piccinini
                              MARSHALL J. PICCININI
                              Assistant U.S. Attorney
                              PA ID No. 56362