IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Criminal No. 04-4 Erie |
| ) | |
| ANTONIO TIRADO ) | |

**ORDER**

AND NOW, this _____ day of January, 2008, upon consideration of the Government's Motion for Extension of Time to File Response to Defendant's Motion to Vacate,

IT IS HEREBY ORDERED that the Government's motion is GRANTED, and the Government shall file its response on or before February 28, 2008.

_____
UNITED STATES DISTRICT JUDGE