Dear Honorable Clerk,

Please be advised that I am the petitioner in Case No: <u>Crim 04-4</u> <u>Erie</u>.

I am respectfully rquesting that this document be accepted as a "Motion to Supplement 28 U.S.C. §§ 2255 with Supplemental Citation." I am requesting that this Court supplement the following case and supporting facts. <u>United States v. Cronic,</u> 466 US 648, 80 L.Ed. 2d 657 (1984), and <u>Roe v. Flores-Ortega</u>, 528 US 470, 145 L.Ed.2d 985 (2000).

## ISSUE I.

THE PETITIONER'S DEFENSE COUNSEL WAS INEFFECTIVE FOR FAILING

TO ATTACK AND CHALLENGE THE SUPPRESSION HEARING

PURSUANT TO <u>CRONIC</u> AND THE SURROUNDING CIRCUMSTANCES JUSTIFIED

<u>A PRESUMPTION  OF INEFFECTIVE ASSISTANCE OF COUNSEL</u>

The petitioner contends that counsel was ineffective at the suppression hearing, because the defense counsel failed to function in any meaningful sense as the government's adversary or that there was a breakdown of the adversarial process during the suppression hearing because he failed to argue as to the specific probable cause for arrest and the fact of the ownership of the residence which did not belong to the petitioner. The petitioner's probable cause for arrest was for a 'dirty urine' only, and was a body warrant, not a search warrant.

## ISSUE 11.

THE DEFENSE COUNSEL WAS INEFFECTIVE FOR FAILING TO FILE A

DIRECT-APPEAL OF THE PETITIONER'S SUPPRESSION HEARING AS REQUESTED ;

THEREBY, INVOLUNTARILY WAIVING HIS FOURTH AMENDMENT CLAIM

<u>PURSUANT TO ROE v. FLORES-ORTEGA,</u>

The petitioner specifically requested that the attorney appeal

his suppression hearing due to the fact that the petitioner did

not agree with the fact that the defense counsel failed to challenge

the probable cause as to the ownership of the residence and the probable

cause for arrest.


     WHEREFORE, for all of the above reasons and in the interest of

justice and fairness, the petitioner respectfully request that the

Honorable Court grant this Motion to Supplement his § 2255.

                                        Respectfully,


Date: 23 Feb. 2008                      Antonio Tirado pro Se'
                                        Reg.# 20189-068


**FILED**

FEB 2 8 2008

CLERK            COURT

TO: CLERK of COURTS
US. FEDERAL COURTHOUSE
(617) STATE ST,
ERIE   PA. 16501

From    ANTONIO TIRADO, 26189 068
P.O. BOY 7000
WHITEDEER, PA. 17887

DEAR HONORABLE CLERK.

DUE TO THE LACK of
TIME MAY YOU PLEASE FORWARD A COPY of THE SUPPLEMENT
CA NUMBER 04-4 SENT TO THIS HONORABLE CLERK TO THE U.S.
ASSISTANT ATTORNEY MARSHALL J. PICCININI.

THANK YOU VERY MUCH,
Antonio Tirado
26189-068
P.O. BOY 7000
WHITEDEER, PA. 17887

FEB. 23, 2008

c/c