7150 0004 7652 9643

ANTONIO TIRADO, 20149-068
P.O. BOX 2000
WHITEDEER PA. 17887

RECEIVED
FEB 28 2008
CLERK U.S. DISTRICT COURT
WEST DIST. OF PENN. (illegible)

PM WHITEDEER FEB PA 17887 2008 HARRISBURG PA 171 -PM

ATTEN: CLERK OF COURTS
US FEDERAL COURTHOUSE
617 STATE ST.
ERIE, PA. 16501


