RECEIVED

APR 1 4 2008

CLERK U.S. DISTRICT COURT
WEST DIST. OF PENNSYLVANIA

Antonio Tirado 20189-068
FCI Allenwood
P.O. Box 2000
White Deer, PA 17887-2000

Office of the Clerk
United States District Court
Western Division
617 State Street
Erie, PA 16501

HARRISBURG PA 171
10 APR 2008

150144127